IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NATE COULTER, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-00267-SWW |
| | * | |
| ROBERT L. WIGGINS, JR. and | * | |
| WIGGINS, CHILDS, QUINN and | * | |
| PANTAZIS LLC, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| LARRY MCBRIDE, SYLVESTER | * | |
| ROGERS, OZZIE GREEN, | * | |
| CORNELIUS BENNETT, and | * | |
| CLIFTON LEE, | * | |
| | * | |
| Intervenors, | * | |

## ORDER

Neither the plaintiff's complaint nor the defendants' answers to the complaint demand a jury trial in this action and a bench trial is currently scheduled for April 21, 2014.  It has come to the Court's attention, however, that intervenors have demanded a jury trial in their complaint in intervention.  That being so, and as it is apparent there are factual issues best tried to a jury, the Court hereby reschedules this action for a jury trial on the same date currently scheduled for the bench trial.  The Court will in due course issue an Amended Final Scheduling Order setting forth deadlines consistent with a jury trial.

IT IS SO ORDERED this 13th day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE