IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NATE COULTER, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-00267-SWW |
| | * | |
| | * | |
| ROBERT L. WIGGINS, JR. and | * | |
| WIGGINS, CHILDS, QUINN and | * | |
| PANTAZIS LLC, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| LARRY MCBRIDE, SYLVESTER | * | |
| ROGERS, OZZIE GREEN, | * | |
| CORNELIUS BENNETT, and | * | |
| CLIFTON LEE, | * | |
| | * | |
| Intervenors, | * | |

## ORDER

Pursuant to the stipulation of dismissal filed by the parties on April 30, 2014 [doc.#71], this action is hereby dismissed with prejudice and without costs to any party.

This Order resolves all pending claims and closes this action.

IT IS SO ORDERED this 30th day of April 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE